IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANIEL NEWTON                                                                                         PLAINTIFF

V.                                      NO. 3:11CV00184 BSM/BD

CRITTENDEN COUNTY DETENTION FACILITY, *et al.*                      DEFENDANTS

## ORDER

The Court has screened the Mr. Newton's complaint (docket entry #2) and amended complaint (#6) and finds that, for screening purposes, he has stated a claim for deliberate indifference to medical needs. Accordingly, service is appropriate for Defendant Schrader.

The Clerk of Court is requested to prepare a summons for Defendant Schrader; and the United States Marshal is requested to serve Defendant Schrader with a summons along with copies of the complaint and the amended complaint. Service should be made through the Crittenden County Detention Facility, 350 AFCO Road, West Memphis, Arkansas 72301, without prepayment of expenses, costs or security.

Mr. Newton's claims against the Crittenden County Detention Facility will be addressed in a separate recommendation.

IT IS SO ORDERED this 20th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE