## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DANIEL NEWTON**                                                    **PLAINTIFF**

**v.**                           **CASE NO. 3:11CV00184 BSM/BD**

**CRITTENDEN COUNTY DETENTION FACILITY, et al.**          **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 7] and the filed objections [Doc. No. 11] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Plaintiff Daniel Newton's claims against the Crittenden County Detention Facility be dismissed with prejudice.

ORDERED this 18th day of November 2011.

_____
UNITED STATES DISTRICT JUDGE