**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DANIEL NEWTON**                                                                    **PLAINTIFF**

**V.**                    **CASE NO. 3:11CV00184 BD**

**CRITTENDEN COUNTY DETENTION FACILITY**
**AND FLOYD SCHRADER**                                                   **DEFENDANTS**

## ORDER

Defendant Floyd Shrader has filed a motion to dismiss or, in the alternative, a motion for an extension of time to file dispositive motions.  (Docket entry #25)  In his motion, Defendant Shrader explains that Mr. Newton was released from the Crittenden County Jail on December 14, 2011, but has failed to provide an updated address to the Court, in violation of Local Rule 5.5(c)(2).  Further, Defendant Shrader argues that Mr. Newton's request for injunctive relief is now moot due to his release.

Mr. Newton has thirty days to respond to the motion to dismiss.  His failure to respond to the motion, and to this Court's Order, could result in the dismissal of his claims.

At this time, Defendant Shrader's motion for an extension of time (#25) is GRANTED.  The Court will issue a new scheduling order, if necessary.

IT IS SO ORDERED this 4th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE