**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DANIEL NEWTON**                                                                                                **PLAINTIFF**

V.                             **CASE NO. 3:11CV00184 BD**

**CRITTENDEN COUNTY DETENTION FACILITY
AND FLOYD SCHRADER**                                                                                **DEFENDANTS**

## ORDER

Defendant Floyd Schrader has filed a motion to dismiss or, in the alternative, a motion for an extension of time to file dispositive motions. (Docket entry #25) In his motion, Defendant Schrader explains that Mr. Newton was released from the Crittenden County Jail on December 14, 2011, but has failed to provide an updated address to the Court, in violation of Local Rule 5.5(c)(2). Further, Defendant Schrader argues that Mr. Newton's request for injunctive relief is now moot due to his release.

On June 4, 2012, the Court ordered Mr. Newton to respond to the motion to dismiss. Mr. Newton was warned that failing to comply with the Court's Order could result in dismissal of his lawsuit.

Mr. Newton has not responded to the motion, as ordered. Therefore, the motion to dismiss (#25) is GRANTED, and Mr. Newton's Complaint is dismissed, without prejudice, under Local Rule 5.5(c)(2), for failing to comply with a Court Order.

IT IS SO ORDERED this 5th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE