# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DANIEL NEWTON**                                                                                                    **PLAINTIFF**

V.                                         **CASE NO. 3:11CV00184 BD**

**CRITTENDEN COUNTY DETENTION FACILITY**
**AND FLOYD SCHRADER**                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE